ORIGINAL M

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 2 2 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:08-CR-183-M |
| | ) | |
| ERIC HALL | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

ERIC HALL, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th Cir.

1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of guilty to

Count(s) 1 of the felony Information.  After cautioning and examining  ERIC HALL under oath

concerning  each  of  the  subjects  mentioned  in  Rule  11,  I  determined  that  the  guilty  plea  was

knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis

in fact containing each of the essential elements of such offense. I therefore recommend that the plea

of guilty, and the plea agreement, be accepted, and that ERIC HALL be adjudged guilty and have

sentence imposed accordingly.

Date:   July 22, 2008

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from  the  date  of  its  service  shall  bar  an  aggrieved  party  from  attacking  such  Report  and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).